UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA L. ALGER, SR.,   Case No. 19-12889

    Plaintiff,   Stephanie Dawkins Davis
v.   United States District Judge

MCDOWELL, *et al*,

    Defendants.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S DECEMBER 27, 2021
<u>REPORT AND RECOMMENDATION (ECF No. 50)</u>**

Currently before the Court is Magistrate Judge Curtis Ivy, Jr.'s December 27, 2021 Report and Recommendation. (ECF No. 50). Magistrate Judge Ivy screened Plaintiff's Amended Complaint, recommends dismissing the conspiracy claims in whole along with a number of newly named defendants, and recommends denying the motion to transfer venue or sever without prejudice. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the Court **ACCEPTS** and

**ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 50), **DISMISSES** Plaintiff's conspiracy claims, **DISMISSES** defendants Sgt. Curtis, Lt. Lavine, Unknown Captain #1, Unknown Captain #2, Bridges, Leach, O'Brien, Theut, Goodspeed, MacLaren, Mackie, Ball, Unknown Warden, Unknown Deputy Warden, Unknown Unit Chief, Beauvais, Posios, Patrick, Stephenson, and Golson and **DENIES** the motion to transfer this matter to the Western District of Michigan, or sever, without prejudice.

    **IT IS SO ORDERED**.

Date: February 14, 2022                s/Stephanie Dawkins Davis
                                                  Stephanie Dawkins Davis
                                                  United States District Judge

## CERTIFICATE OF SERVICE

    I certify that on February 14, 2022, I filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification to all counsel of record and I mailed by United States Postal Service to the following non-ECF participant:

                                                  s/Richard Loury
                                                  Case Manager
                                                  (810) 341-7887
                                                  richard_loury@mied.uscourts.gov