UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA L. ALGER, SR.<br>      Plaintiff,<br><br>v.<br><br>MCDOWELL, et al.,<br>      Defendants. | Case No. 19-12889<br>Honorable Shalina D. Kumar<br>Magistrate Judge Curtis Ivy, Jr. |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 74) AND DISMISSING PLAINTIFF'S COMPLAINT (ECF NO. 1)**

  Plaintiff, a *pro se* prisoner, brought this civil rights action against several individuals working at the Kinross Correctional Facility (KCF) where he was incarcerated in 2016. ECF No. 1. This case was referred to the assigned magistrate judge for all pretrial purposes. ECF No. 20.

  On May 12, 2022, the assigned magistrate judge issued a Report and Recommendation (R&R). ECF No. 74. The R&R recommends that the Court dismiss plaintiff's complaint under Federal Rule of Civil Procedure 41(b) because plaintiff had neither responded to the Court's order to show cause (ECF No. 60), nor provided an updated address. Neither party has filed an objection to the R&R.

The Court has reviewed the record and the R&R is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint (ECF No. 1) is **DISMISSED** with prejudice.

Dated: June 29, 2022

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge